ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
January 06, 2015
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

CARLOS JORGE HINOJOSA (01)

No. 4:15-CR-003-O

# INDICTMENT

The Grand Jury charges:

## Count One
Retaliating Against a Federal Judge by False Claim
(Violation of 18 U.S.C. §§ 1521 and 2)

Between on or before about March 25, 2014 and on or about April 15, 2014, in the Fort Worth Division of the Northern District of Texas and elsewhere, the defendant, **Carlos Jorge Hinojosa**, aided and abetted by others, did file and attempt to file in a public record with the Business and Commercial Services Division of the Arkansas Secretary of State, a false lien and encumbrance against the real and personal property of an officer and employee of the United States Government described in 18 U.S.C. § 1114, to wit, a United States District Judge, on account of the performance of official duties by that individual, knowing and having reason to know that such lien and encumbrance was false and contained materially false, fictitious, and fraudulent statements and representations.

In violation of 18 U.S.C. §§ 1521 and 2.

A TRUE BILL.

FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

DAN COLE
Special Assistant United States Attorney
Tennessee State Bar No. 017929
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

VS.

CARLOS JORGE HINOJOSA (01)

---

INDICTMENT

18 U.S.C. §§ 1521 and 2
Retaliating Against a Federal Judge by False Claim
(1 COUNT)

---

A true bill rendered:

DALLAS FOREPERSON

Filed in open court this 6th day of January, A.D. 2015.

Defendant in Custody.

UNITED STATES MAGISTRATE JUDGE
(Magistrate Case Number: 4:14-MJ-393)